UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-	Case No. 2:10-cr-145-FtM-29SPC

FLAVIA MARICHAL a/k/a
FLAVIA MARTIN
_____

**ORDER MODIFYING CONDITIONS OF RELEASE**

On November 3, 2010, the Defendant was placed on a $400,000 secure bond. The Defendant subsequently entered a plea of guilty on August 17, 2011 and is awaiting sentencing[1]. The Defendant seeks to modify the conditions of bond to allow for travel to Key West, Florida beginning September 8, 2011, through September 9, 2011, and Orlando, Florida beginning September 10, 2011 and returning that evening of September 10, 2011. Pretrial services and the Government do not object to the relief requested. Accordingly, it is now

**ORDERED**

(1) The Defendant's bond is hereby modified to the extent the Defendant is permitted to travel to Key West, Florida commencing September 8, 2011, staying at the Casa Marina Resort, and returning on September 9, 2011. The Defendant is permitted to travel to Orlando to visit the Sea World theme park. Pretrial Services shall be provided with a detailed itinerary prior to departure. All other terms and conditions previously imposed by the Court remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this __8th__ day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record, U.S. Marshal

---

[1] The Defendant is currently set for sentencing on November 14, 2011.